**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **PAOLA GISEL CANALES MOLINA** | **CIVIL ACTION NO. 26-2047 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **WARDEN RICHWOOD DETENTION CENTER** | **MAG. JUDGE MCCLUSKY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 16), and having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus is **DENIED** and **DISMISSED WITHOUT PREJUDICE AS MOOT.**

THUS ORDERED AND SIGNED in Chambers this 17th day of September, 2026.

Jerry Edwards, Jr.

**JUDGE JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT COURT**